ORIGINAL

P. GERHARDT ZACHER (SBN: 043184)
MORDECAI D. BOONE (SBN: 196811)
CARRIE A. LUBINSKI (SBN: 174006)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
3M COMPANY

ROBERT K. PHILLIPS (SBN: 135088)
ERIN J. ILLMAN (SBN: 238262)
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California, 10th Floor
San Francisco, CA 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

FILED
2007 JUL -6 P 2:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>Defendants. | CASE NO. 5:07-cv-03507-PVT<br><br>**PROOF OF SERVICE** |

MMM/1045878/1376289v.1

PROOF OF SERVICE
Case No.: 5:07-cv-03507-PVT

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, Embarcadero Center West, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On July 5, 2007, I served the within documents:

**NOTICE OF REMOVAL OF CIVIL ACTION (DIVERSITY); NOTICE OF ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☒ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by DHL as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Express Mail by U.S. post office as part of the ordinary business practices of Gordon & Rees LLP described below, addressed as follows:

See Attached Service List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 5, 2007, at San Francisco, California.

*/s/ Mark Coughlan*
Mark Coughlan

| | |
|---|---|
| 1 | Service List |
| 2 | Frank M. Pitre, Esq.<br>Cotchett, Pitre & McCarthy |
| 3 | 840 Malcolm Road, #200<br>Burlingame, CA 94010 |
| 4 | |
| 5 | Alan F. Hunter, Esq.<br>Gavin & Cunningham<br>1530 The Alameda, Suite 210 |
| 6 | San Jose, CA 95126 |
| 7 | Matthew York<br>1854 San Miguel Canyon Road |
| 8 | Salinas, CA 93907 |
| 9 | Michael Domingos<br>1199 Pacific Highway, #2302 |
| 10 | San Diego, CA 92101 |

2

PROOF OF SERVICE
Case No.: 5:07-cv-03507-PVT