| | |
|---|---|
| 1 | P. GERHARDT ZACHER (SBN: 043184) |
|   | MORDECAI D. BOONE (SBN: 196811) |
| 2 | CARRIE A. LUBINSKI (SBN: 174006) |
|   | GORDON & REES LLP |
| 3 | 275 Battery Street, Suite 2000 |
|   | San Francisco, CA 94111 |
| 4 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | 3M COMPANY |
| 7 | ROBERT K. PHILLIPS (SBN: 135088) |
|   | ERIN J. ILLMAN (SBN: 238262) |
| 8 | PHILLIPS, SPALLAS & ANGSTADT LLP |
|   | 650 California, 10th Floor |
| 9 | San Francisco, CA 94108 |
|   | Phone: (415) 278-9400 |
| 10 | Fax: (415) 278-9411 |
| 11 | Attorneys for Defendant |
|    | WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY, | CASE NO. C 07-03507 PVT |
| | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Plaintiffs, | |
| vs. | |
| 3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: July 10, 2007

GORDON & REES LLP

By: *[signature]*
P. Gerhardt Zacher
Mordecai D. Boone
Carrie A. Lubinski
Attorneys for Defendant 3M COMPANY

Dated: July 10, 2007

PHILLIPS, SPALLAS & ANGSTADT LLP

By: *[signature]*
Robert K. Phillips
Erin J. Illman
Attorneys for Defendant WAL-MART STORES, INC.

- 1 -