FRANK M. PITRE (#100077)
Fpitre@cpmlegal.com
NIKI B. OKCU (#229345)
Nokcu@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

ALAN F. HUNTER (#099805)
Hunter@gclitigation.com
**GAVIN & CUNNINGHAM**
1530 The Alameda, Suite 210
San Jose, California 95126
Telephone: (408) 294-8500
Facsimile: (408) 294-8596

*Attorneys for Plaintiffs Joseph Easley and Mary Easley*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-03507 JF<br><br>**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**<br><br>Date:       September 21, 2007<br>Time:       9:00 a.m.<br>Courtroom:  3<br>Honorable Jeremy Fogel |

---

DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO
STATE COURT; CASE NO. C 07-03507 JF

I, Niki B. Okcu, declare as follows:

1. I am an attorney duly admitted to practice before all courts of the State of California, and am an associate with the law firm of Cotchett, Pitre & McCarthy, attorneys for Plaintiffs Joseph and Mary Easley in this action. I make this declaration in support of Plaintiffs' Motion for Remand to State Court. If called as a witness, I would and could testify to the following:

2. Defendant Christopher Boggs was served with the Summons and Complaint in this action on June 1, 2007. Attached hereto as **EXHIBIT A** is a true and correct copy of the Proof of Service which was filed with the Monterey County Superior Court on June 4, 2007.

3. Defendant Michael Domingos was served with the Summons and Complaint in this action on June 1, 2007. Attached hereto as **EXHIBIT B** is a true and correct copy of the Proof of Service which was filed with the Monterey County Superior Court on June 4, 2007.

4. Defendant Matthew York was served with the Summons and Complaint in this action on June 1, 2007. Attached hereto as **EXHIBIT C** is a true and correct copy of the Proof of Service which was filed with the Monterey County Superior Court on June 4, 2007.

5. Defendant 3M Company was served with the Summons and Complaint in this action on June 5, 2007. Attached hereto as **EXHIBIT D** is a true and correct copy of the Proof of Service which was filed with the Monterey County Superior Court on June 8, 2007.

6. Defendant WalMart Stores, Inc. was served with the Summons and Complaint in this action on June 5, 2007. Attached hereto as **EXHIBIT E** is a true and correct copy of the Proof of Service which was filed with the Monterey County Superior Court on June 8, 2007.

7. Attached hereto as **EXHIBIT F** is a true and correct copy of Defendant Matthew York's Answer to Complaint dated June 26, 2007.

///

///

8. I spent eight hours in preparing this motion for remand, and my current hourly billing rate is $250, totaling $2,000. In addition, I anticipate that I will expend additional fees and costs in the amount of $1,250 in preparing a reply memorandum and attending a hearing in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that this declaration was executed on July 12, 2007 in Burlingame, California.

/s/
NIKI B. OKCU

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| FRANK M. PITRE (SBN #100077)<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, #200<br>Burlingame, CA 94010<br>TELEPHONE NO.: 650/697-6000   FAX NO. (Optional): 650/697-0577<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JOSEPH EASLEY and MARY EASLEY, etc. | **FILED**<br>JUN 0 4 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>MARY C. GILBERT DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey
STREET ADDRESS: 1200 Aguajito Road
MAILING ADDRESS: 1200 Aguajito Road
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME:

PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc.

DEFENDANT/RESPONDENT: 3M COMPANY, et al.,

CASE NUMBER: M84877

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Case Management Notice

3. a. Party served *(specify name of party as shown on documents served)*:
   Christopher Boggs

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1199 Pacific Highway, #2302, San Diego, CA 92101

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/1/07   (2) at *(time)*: 3:30 PM
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 3M COMPANY, et al., | M84877 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):   (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Will Gager
   b. Address: P.O. Box 2230, Morgan Hill, CA 95038
   c. Telephone number: 408/782-0163
   d. The fee for service was: $ 125.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No.: 859
         (iii) County: Santa Clara

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 4, 2007

Will Gager
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Will Gager* (SIGNATURE)

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>FRANK M. PITRE (SBN #100077)<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, #200<br>Burlingame, CA 94010<br>TELEPHONE NO.: 650/697-6000   FAX NO. *(Optional):* 650/697-0577<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* JOSEPH EASLEY and MARY EASLEY, etc. | FOR COURT USE ONLY<br><br>FILED<br>JUN 04 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>MARY C. GILBERT DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey<br>STREET ADDRESS: 1200 Aguajito Road<br>MAILING ADDRESS: 1200 Aguajito Road<br>CITY AND ZIP CODE: Monterey, CA 93940<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc.<br>DEFENDANT/RESPONDENT: 3M COMPANY, et al., | CASE NUMBER:<br>M84877 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Case Management Notice

**BY FAX**

3. a. Party served *(specify name of party as shown on documents served):*
      Michael Domingos

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1199 Pacific Highway, #2302, San Diego, CA 92101
5. I served the party *(check proper box)*
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/1/07   (2) at *(time):* 3:30 PM
   b. [ ] by substituted service. On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 3M COMPANY, et al., | M84877 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                            ☐ other:

7. Person who served papers
   a. Name: Will Gager
   b. Address: P.O. Box 2230, Morgan Hill, CA 95038
   c. Telephone number: 408/782-0163
   d. The fee for service was: $ 125.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
          (i) ☐ owner    ☐ employee    ☑ independent contractor.
          (ii) Registration No.: 859
          (iii) County: Santa Clara

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 4, 2007

Will Gager
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *Will Gager* (SIGNATURE)

# EXHIBIT C

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>FRANK M. PITRE (SBN #100077)<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, #200<br>Burlingame, CA 94010<br>TELEPHONE NO.: 650/697-6000  FAX NO. (Optional): 650/697-0577<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): JOSEPH EASLEY and MARY EASLEY, etc. | FOR COURT USE ONLY<br>**FILED**<br>JUN 0 4 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>~~MARY C. GILBERT~~ DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Monterey<br>STREET ADDRESS: 1200 Aguajito Road<br>MAILING ADDRESS: 1200 Aguajito Road<br>CITY AND ZIP CODE: Monterey, CA 93940<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc. | CASE NUMBER:<br>M84877 |
| DEFENDANT/RESPONDENT: 3M COMPANY, et al., | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

**BY FAX**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Case Management Notice

3. a. Party served *(specify name of party as shown on documents served):*
      Matthew York

   b. [ ] Person (other than the party in Item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*

4. Address where the party was served:
   4 Geary Plaza, Seaside, CA 93955

5. I served the party *(check proper box)*
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/1/07   (2) at *(time):* 2:20 PM
   b. [ ] by substituted service. On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: JOSEPH EASLEY and MARY EASLEY, etc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 3M COMPANY, et al., | M84877 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)                  ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)         ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                         ☐ other:

7. **Person who served papers**
  a. Name: Ken Edick
  b. Address: P.O. Box 2230, Morgan Hill, CA 95038
  c. Telephone number: 408/782-0163
  d. The fee for service was: $ 105.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 4, 2007

Ken Edick                                ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

# EXHIBIT D

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>FRANK M. PITRE ESQ., Bar #100077<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>*Telephone No:* 650-697-6000    *FAX No:* 650-697-0577<br><br>*Attorney for:* Plaintiff | *For Court Use Only*<br><br>**FILED**<br>JUN 0 8 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>MARY C. GILBERT   DEPUTY |

*Ref. No. or File No.:* EASLEY

*Insert name of Court, and Judicial District and Branch Court:*
MONTEREY COUNTY SUPERIOR COURT

*Plaintiff:* JOSEPH EASLEY, ET AL.
*Defendant:* 3M COMPANY, ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:*<br>Thu, Dec. 27, 2007 | *Time:*<br>9:00AM | *Dept/Div:* | *Case Number:*<br>M84877 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; CIVIL CASE COVER SHEET; CASE MANAGEMENT NOTICE; ADR OPTIONS FOR RESOLVING YOUR DISPUTE; BLANK REQUEST TO VACATE OR CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER

3. a. *Party served:* 3M COMPANY
   b. *Person served:* MARGARET WILSON, AUTHORIZED AGENT @ CT CORPORATION SYSTEMS

4. *Address where the party was served:* 818 W. SEVENTH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 05, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: 3M COMPANY
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. APRIL LYN ANDERSON

   

   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:   4626
      (iii) County:   Los Angeles
      (iv) Expiration Date:   Fri, Feb. 01, 2008

**BY FAX**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jun. 06, 2007

*(signature)* (APRIL LYN ANDERSON)

Judicial Council Form POS-010    PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007    SUMMONS & COMPLAINT

*pit.38833*

# EXHIBIT E

| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| FRANK M. PITRE ESQ., Bar #100077<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000   FAX No: 650-697-0577 | | | **FILED**<br>JUN 0 8 2007<br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY<br>MARY C. GILBERT |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>EASLEY | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MONTEREY COUNTY SUPERIOR COURT | | | |
| Plaintiff: JOSEPH EASLEY, ET AL. | | | |
| Defendant: 3M COMPANY, ET AL. | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date:<br>Thu, Dec. 27, 2007 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>M84877 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; CIVIL CASE COVER SHEET; CASE MANAGEMENT NOTICE; ADR OPTIONS FOR RESOLVING YOUR DISPUTE; BLANK REQUEST TO VACATE OR CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER

3. a. Party served: WALMART STORES, INC.
   b. Person served: MARGARET WILSON, AUTHORIZED AGENT @ CT CORPORATION SYSTEMS

4. Address where the party was served: 818 W. SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 05, 2007 (2) at: 2:25PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WALMART STORES, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. APRIL LYN ANDERSON

   ★ A & A LEGAL SERVICE ★

   1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602   Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   4626
       (iii) County:   Los Angeles
       (iv) Expiration Date:   Fri, Feb. 01, 2008

**BY FAX**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jun. 06, 2007

*signature: April Lyn Anderson*

Judicial Council Form POS-010   PROOF OF SERVICE   (APRIL LYN ANDERSON)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT   fpit.38834

# EXHIBIT F

PLD-PI-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MATTHEW YORK<br><br>1854 San Miguel Canyon Road<br><br>Salinas, CA 93907 | 831-320-9989 | |

ATTORNEY FOR *(NAME):* Defendant In Pro Per

Insert name of court, judicial district or branch court, if any, and post office and street address:

California Superior Court, Monterey County
1200 Aguajito Road

Monterey, CA 93940
Monterey

PLAINTIFF: JOSEPH EASLEY and MARY EASLEY et al.

DEFENDANT: 3M COMPANY; WALMART STORES, INC.; MICHEAL DOMINGOS; CHRISTOPHER BOGGS, et al.

**ANSWER—Personal Injury, Property Damage, Wrongful Death**
[x] **COMPLAINT OF** *(name):* Joseph and Mary Easley
[ ] **CROSS-COMPLAINT OF** *(name):*

CASE NUMBER:
M 84877

1. This pleading, including attachments and exhibits, consists of the following number of pages: 3

   **DEFENDANT OR CROSS-DEFENDANT** *(name):* MATTHEW YORK

2. [X] Generally **denies** each allegation of the **unverified** complaint or cross-complaint.

3. a. [ ] DENIES each allegation of the following numbered paragraphs:

   b. [ ] ADMITS each allegation of the following numbered paragraphs:

   c. [ ] DENIES, ON INFORMATION AND BELIEF, each allegation of the following numbered paragraphs:

   d. [ ] DENIES, BECAUSE OF LACK OF SUFFICIENT INFORMATION OR BELIEF TO ANSWER, each allegation of the following numbered paragraphs:

   e. [ ] ADMITS the following allegations and generally denies all other allegations:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-003 [Rev. January 1, 2007]

**ANSWER—Personal Injury, Property Damage, Wrongful Death**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-003

| SHORT TITLE: Easley vs. 3M Company et al | CASE NUMBER: M 84877 |
|---|---|

## ANSWER—Personal Injury, Property Damage, Wrongful Death

   f. ☐ DENIES the following allegations and admits all other allegations:

   g. ☐ Other (specify):

**AFFIRMATIVELY ALLEGES AS A DEFENSE**

4. ☒ The comparative fault of plaintiff or cross-complainant (name): Kasey Jo Easley
as follows:
Engaging in behavior in a negligent way that caused her death.

5. ☐ The expiration of the Statute of Limitations as follows:

6. ☒ Other (specify): Negligent supervision by Joseph Easley and Mary Easley of Kasey Jo Easley;
The complaint fails to state a cause of action against this defendant.

7. DEFENDANT OR CROSS-DEFENDANT PRAYS
For costs of suit and that plaintiff or cross-complainant take nothing.
   ☒ Other (specify): For such further relief as the court deems proper.

MATTHEW YORK
(Type or print name)

_(Signature of party or attorney)_

PLD-PI-003 [Rev. January 1, 2007]   ANSWER—Personal Injury, Property Damage, Wrongful Death   Page 2 of 2

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 40 Bonifacio Plaza, Monterey, CA 93940.

On the date set forth below, I served the following documents:

Answer

On the interested parties to said action by the following means:

( XX ) (BY MAIL) By placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing on that date following ordinary business practices, in the United States Mail at the offices of Lawyers on Duty, Monterey, CA, addressed as shown below. I am readily familiar with this business's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

( ) (BY HAND DELIVERY) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

( ) (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 646-1800 to the interested parties to said action at the facsimile number(s) shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on June 26, 2007 at Monterey, California.

David S. Mullally

NAME(S) AND ADDRESS(ES) OR FAX NUMBER(S) OF EACH PARTY SERVED:

COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Gavin & Cunningham
1530 The Alameda, Suite 210
San Jose, CA 95126