1  FRANK M. PITRE (#100077)
   Fpitre@cpmlegal.com
2  NIKI B. OKCU (#229345)
   Nokcu@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   ALAN F. HUNTER (#099805)
7  Hunter@gclitigation.com
   **GAVIN & CUNNINGHAM**
8  1530 The Alameda, Suite 210
   San Jose, California 95126
9  Telephone: (408) 294-8500
   Facsimile: (408) 294-8596
10
11 *Attorneys for Plaintiffs Joseph Easley and Mary Easley*
12
13          **UNITED STATES DISTRICT COURT**
14        **NORTHERN DISTRICT OF CALIFORNIA**
15              **SAN JOSE DIVISION**
16
17 JOSEPH EASLEY and MARY EASLEY as )   **CASE NO. C 07-03507 JF**
   the surviving parents and lawful heirs of )
18 KASEY JO EASLEY, deceased; The Estate )  **PROOF OF SERVICE**
   of KASEY JO EASLEY, through )
19 Decedent's Administrator, JOSEPH )
   EASLEY )
20                               )
                  Plaintiffs, )
21                               )
          v. )
22                               )
   3M COMPANY; WALMART STORES, )
23 INC.; MICHAEL DOMINGOS; )
   CHRISTOPHER BOGGS, MATTHEW )
24 YORK and DOES 1 through 100, )
                               )
25             Defendants. )
26 _____ )
27
28

**PROOF OF SERVICE; CASE NO. C 07-03507 JF**

## PROOF OF SERVICE

I am employed in the County of San Mateo; I am over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010. On this day, I served the following document(s) in the manner described below:

1.   **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2.   **DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

__X__   **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

### [SEE ATTACHED SERVICE LIST]

_____   **BY FACSIMILE:** I am readily familiar with this firm's practice for causing documents to be served by facsimile. Following that practice, I caused the aforementioned document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below.

_____   **BY OVERNIGHT COURIER SERVICE**: I am readily familiar with this firm's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee(s) specified below.

_____   **BY HAND DELIVERY:** I am readily familiar with this firm's practice for causing documents to be served by hand delivery. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be hand delivered to the addressee(s) specified below.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on July 12, 2007.

_____
                                 /s/
                        JENNIFER WANG

PROOF OF SERVICE; CASE NO. C 07-03507 JF

1

## SERVICE LIST

1

**VIA U.S. MAIL**                                    **Defendant**
Matthew A. York
1187 San Miguel Canyon Road
Salinas, CA 93908

**VIA U.S. MAIL**                                    **Defendant**
Christopher D. Boggs
22552 Indian Springs Road
Salinas, CA 93908

**VIA U.S. MAIL**                                    **Attorney for Defendant**
Anthony F. Pinelli                                   **Michael Domingos**
**WILLIAMS PINELLI & CULLEN**
110 North Third Street
San Jose, CA 95112
Tel: (408) 288-3868
Fax: (408) 288-3860

**VIA ECF – ELECTRONIC SERVICE**                     **Attorneys for Defendant**
P. Gerhardt Zacher                                   **3M Company**
Mordecai D. Boone
Carrie A. Lubinski
**GORDON & REES**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054

**VIA ECF – ELECTRONIC SERVICE**                     **Attorneys for Defendant**
Robert K. Phillips                                   **Wal-Mart Stores, Inc.**
Erin J. Illman
**PHILLIPS, SPALLAS & ANGSTADT**
650 California Street, 10th Floor
San Francisco, CA 94108
Tel: (415) 278-9400
Fax: (415) 278-9411

**VIA ECF – ELECTRONIC SERVICE**                     **Co-Counsel, Attorneys for Plaintiffs**
Alan F. Hunter
**GAVIN & CUNNINGHAM**
1530 The Alameda, Suite 210
San Jose, CA 95126
Tel: (408) 294-8500
Fax: (408) 294-8596

PROOF OF SERVICE; CASE NO. C 07-03507 JF

2