1  FRANK M. PITRE (#100077)
   Fpitre@cpmlegal.com
2  NIKI B. OKCU (#229345)
   Nokcu@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577

6

7  ALAN F. HUNTER (#099805)
   Hunter@gclitigation.com
   **GAVIN & CUNNINGHAM**
8  1530 The Alameda, Suite 210
   San Jose, California 95126
9  Telephone: (408) 294-8500
   Facsimile: (408) 294-8596

10

11 *Attorneys for Plaintiffs Joseph Easley and Mary Easley*

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                            **SAN JOSE DIVISION**

16

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>Defendants. | **CASE NO. C 07-03507 JF**<br><br>**AMENDED PROOF OF SERVICE FOR CHRISTOPHER BOGGS RE PLAINTIFFS' MOTION FOR REMAND TO STATE COURT** |

---

**AMENDED PROOF OF SERVICE FOR CHRISTOPHER BOGGS RE PLAINTIFFS' MOTION FOR REMAND TO STATE COURT; CASE NO. C 07-03507 JF**

**PROOF OF SERVICE**

I am employed in the County of San Mateo; I am over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On this day, I served the following document(s) in the manner described below:

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

3. **PROOF OF SERVICE (ORIGINAL)**

  X   **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

**VIA MAIL**                **Defendant**
Christopher D. Boggs
1199 Pacific Highway, #2302
San Diego, CA 92101

On this day, I served the following document(s) in the manner described below:

4. **AMENDED PROOF OF SERVICE FOR CHRISTOPHER BOGGS RE PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**

  X   **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

**[SEE ATTACHED SERVICE LIST]**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on August 2, 2007.

_/s/_
JENNIFER WANG

## SERVICE LIST

| | |
|---|---|
| **VIA MAIL**<br>Matthew A. York<br>1187 San Miguel Canyon Road<br>Salinas, CA 93908 | **Defendant** |
| **VIA MAIL**<br>Christopher D. Boggs<br>1199 Pacific Highway, #2302<br>San Diego, CA 92101 | **Defendant** |
| **VIA MAIL**<br>Anthony F. Pinelli<br>**WILLIAMS PINELLI & CULLEN**<br>110 North Third Street<br>San Jose, CA 95112<br>Tel: (408) 288-3868<br>Fax: (408) 288-3860 | **Attorney for Defendant**<br>**Michael Domingos** |
| **VIA ECF – ELECTRONIC SERVICE**<br>P. Gerhardt Zacher<br>Mordecai D. Boone<br>Carrie A. Lubinski<br>**GORDON & REES**<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 986-5900<br>Fax: (415) 986-8054 | **Attorneys for Defendant**<br>**3M Company** |
| **VIA ECF – ELECTRONIC SERVICE**<br>Robert K. Phillips<br>Erin J. Illman<br>**PHILLIPS, SPALLAS & ANGSTADT**<br>650 California Street, 10th Floor<br>San Francisco, CA 94108<br>Tel: (415) 278-9400<br>Fax: (415) 278-9411 | **Attorneys for Defendant**<br>**Wal-Mart Stores, Inc.** |
| **VIA ECF – ELECTRONIC SERVICE**<br>Alan F. Hunter<br>**GAVIN & CUNNINGHAM**<br>1530 The Alameda, Suite 210<br>San Jose, CA 95126<br>Tel: (408) 294-8500<br>Fax: (408) 294-8596 | **Co-Counsel, Attorneys for Plaintiffs** |

**AMENDED PROOF OF SERVICE FOR CHRISTOPHER BOGGS RE PLAINTIFFS' MOTION FOR REMAND TO STATE COURT; CASE NO. C 07-03507 JF**

2