P. GERHARDT ZACHER (SBN: 043184)
MORDECAI D. BOONE (SBN: 196811)
CARRIE A. LUBINSKI (SBN: 174006)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
3M COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-03507 JF<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>**[Civil Local Rule 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed corporations have a financial interest in the subject matter in controversy and/or in a party to the proceeding; or any other kind of interest that could be substantially affected by the outcome of the proceeding:

    1.    3M India Limited.

Dated: September 20, 2007        GORDON & REES LLP

                                      By:      /s/ Carrie A. Lubinski
                                              P. Gerhardt Zacher
                                              Mordecai D. Boone
                                              Carrie A. Lubinski
                                              Attorneys for Defendant 3M COMPANY

MMM/1045878/5112154v.1