UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, September 21, 2007
**Case Number:** CV-07-3507-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | JOSEPH EASLEY, ET AL V. 3M COMPANY, ET AL | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Niki Okcu<br>Frank Pitre | Attorneys Present: Mordecai Boone for 3M<br>Erin Illman for Walmart |

PROCEEDING

Hearing on Motion to Remand held. Parties are present.
The motion is taken under submission.