1  P. GERHARDT ZACHER (SBN: 043184)
   MORDECAI D. BOONE (SBN: 196811)
2  CARRIE A. LUBINSKI (SBN: 174006)
   GORDON & REES LLP
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  3M COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOSEPH EASLEY and MARY EASLEY as the      ) CASE NO. C 07-03507 JF
   surviving parents and lawful heirs of KASEY JO )
11 EASLEY, deceased; The Estate of KASEY JO  ) **STIPULATION AND ORDER**
   EASLEY, through Decedent's Administrator, ) **EXTENDING DATE TO FILE**
12 JOSEPH EASLEY,                            ) **JOINT CASE MANAGEMENT**
                                             ) **STATEMENT AND DATE OF**
13                Plaintiffs,                ) **INITIAL CASE MANAGEMENT**
                                             ) **CONFERENCE BY TWO WEEKS**
14     vs.                                   )
                                             )
15 3M COMPANY; WALMART STORES, INC.;         )
   MICHAEL DOMINGOS; CHRISTOPHER             )
16 BOGGS, MATTHEW YORK and DOES 1 through    )
   100,                                      )
17                                           )
                  Defendants.                )
18                                           )

19     Plaintiffs JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful

20 heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through

21 Decedent's Administrator, JOSEPH EASLEY and Defendants 3M COMPANY and WAL-

22 MART STORES, INC., by and through their respective counsel, hereby stipulate and move the

23 Court to extend the October 2, 2007, deadline to file the Joint Case Management statement to

24 October 16, 2007, and the October 9, 2007, initial Case Management Conference date to

25 October 24, 2007, or to a date thereafter convenient for the Court.

26     This stipulation is entered into due to the pending motion for remand filed by Plaintiffs

27 and is requested so as not to expend resources until the Court determines whether this case will

28 remain in Federal Court. There have been no other previous time modifications in this case.

- 1 -

STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
AND INITIAL CASE MANAGEMENT CONFERENCE                           Case No.: C 07-03507 JF

1  This requested time modification will not effect the diligent prosecution of this case should the
2  Motion for Remand be denied.
3      IT IS SO STIPULATED AND AGREED:
4
5  Dated: September 25, 2007          COTCHETT, PITRE & M$^C$CARTHY
6
7          By:    /s/ Niki Okcu
8                Frank M. Pitre
               Niki Okcu
9                Attorneys for Plaintiffs
10
11 Dated: September 25, 2007          GORDON & REES LLP
12
13          By:    /s/ Carrie A. Lubinski
               P. Gerhardt Zacher
14                Mordecai D. Boone
               Carrie A. Lubinski
15                Attorneys for Defendant 3M COMPANY
16
17 Dated: September 25, 2007          PHILLIPS, SPALLAS & ANGSTADT LLP
18
19          By:    /s/ Erin J. Illman
               Robert K. Phillips
20                Erin J. Illman
               Attorneys for Defendant WAL-MART
21                STORES, INC.
22  \\\
23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  The Joint Case Management Statement shall be filed no later than October 16, 2007.

3  The Initial Case Management Conference will be held October 24, 2007, at _____ am/pm

4  or _____ at _____ am/pm.

6  DATED: _____

Jeremy Fogel
Judge of the U.S. District Court

MMM/1045878/5122076v.1

- 3 -

STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
AND INITIAL CASE MANAGEMENT CONFERENCE        Case No.: C 07-03507 JF