**e-filed 10/1/07

P. GERHARDT ZACHER  (SBN: 043184)
MORDECAI D. BOONE  (SBN: 196811)
CARRIE A. LUBINSKI  (SBN: 174006)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
3M COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>                Plaintiffs,<br><br>    vs.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>                Defendants. | CASE NO. C 07-03507 JF<br><br>**STIPULATION AND ORDER EXTENDING DATE TO FILE JOINT CASE MANAGEMENT STATEMENT AND DATE OF INITIAL CASE MANAGEMENT CONFERENCE BY TWO WEEKS** |

Plaintiffs JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY and Defendants 3M COMPANY and WAL-MART STORES, INC., by and through their respective counsel, hereby stipulate and move the Court to extend the October 2, 2007, deadline to file the Joint Case Management statement to October 16, 2007, and the October 9, 2007, initial Case Management Conference date to October 24, 2007, or to a date thereafter convenient for the Court.

This stipulation is entered into due to the pending motion for remand filed by Plaintiffs and is requested so as not to expend resources until the Court determines whether this case will remain in Federal Court.  There have been no other previous time modifications in this case.

1  This requested time modification will not effect the diligent prosecution of this case should the
2  Motion for Remand be denied.
3       IT IS SO STIPULATED AND AGREED:

5  Dated: September 25, 2007                    COTCHETT, PITRE & M$^C$CARTHY

7                                               By:    /s/ Niki Okcu
8                                                      Frank M. Pitre
                                                       Niki Okcu
9                                                      Attorneys for Plaintiffs

11 Dated: September 25, 2007                    GORDON & REES LLP

13                                               By:    /s/ Carrie A. Lubinski
                                                       P. Gerhardt Zacher
14                                                     Mordecai D. Boone
                                                       Carrie A. Lubinski
15                                                     Attorneys for Defendant 3M COMPANY

17 Dated: September 25, 2007                    PHILLIPS, SPALLAS & ANGSTADT LLP

19                                               By:    /s/ Erin J. Illman
                                                       Robert K. Phillips
20                                                     Erin J. Illman
                                                       Attorneys for Defendant WAL-MART
                                                       STORES, INC.

22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

- 2 -
STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
AND INITIAL CASE MANAGEMENT CONFERENCE                      Case No.:  C 07-03507 JF

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  The Joint Case Management Statement shall be filed no later than October 16, 2007.

3  The Initial Case Management Conference will be held October 2̶4̶ 26, 2007, at __10:30__ am/p̶m̶

4  or _____ at _____ am/pm.

6  DATED:  9/27/07

_____
Jeremy Fogel
Judge of the U.S. District Court

MMM/1045878/5122076v.1

- 3 -

STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
AND INITIAL CASE MANAGEMENT CONFERENCE                Case No.:  C 07-03507 JF