ROBERT K. PHILLIPS (SBN: 135088)
ERIN J. ILLMAN (SBN: 238262)
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California St., 10th Floor
San Francisco, CA 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH EASLEY and MARY EASLEY as the surviving parents and lawful heirs of KASEY JO EASLEY, deceased; The Estate of KASEY JO EASLEY, through Decedent's Administrator, JOSEPH EASLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY; WALMART STORES, INC.; MICHAEL DOMINGOS; CHRISTOPHER BOGGS, MATTHEW YORK and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 07-03507 JF<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>[Civil Local Rule 3-16] |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed corporations have a financial interest in the subject matter in controversy and/or in a party to the proceeding; or any other kind of interest that could be substantially affected by the outcome of the proceeding:

1. Wal-Mart de Mexico S.A. de C.V.
2. The Seiyu Ltd.

1  Dated: October 3, 2007                    PHILLIPS, SPALLAS & ANGSTADT

2

3                                            By: _____
                                                 Robert K. Phillips
4                                                Erin J. Illman

5                                            PHILLIPS, SPALLAS & ANGSTADT LLP
                                             650 California, 10th Floor
6                                            San Francisco, CA  94108

7                                            Attorneys for Defendant
                                             WAL-MART STORES, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS
Case No.:  C 07-03507 JF