UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 26, 2007
**Case Number:** CV-07-3507-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          JOSEPH EASLEY, ET AL V. 3M COMPANY, ET AL

             PLAINTIFF                              DEFENDANT

**Attorneys Present:** Niki Okcu         **Attorneys Present:** Mordecai Boone for 3M
                                                                                Erin Illman for Walmart

---

       PROCEEDING
Case management conference held. Parties are present.
Continued to 11/9/07 at 10:30 a.m. for further case management conference.